SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>  Plaintiff,<br>v.<br><br>MARIG0LD, LLC; and DOES 1-25, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO. C 09-02934 JSW<br><u>Civil Rights</u><br><br>**MOTION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO SERVE SUMMONS, COMPLAINT, AND ALL RELATED DOCUMENTS**<br><br>Pursuant to General Order 56, paragraph 1 And Local Rule 7-11 |

Plaintiff brought this action against Defendant Marigold, LLC alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

Plaintiff has engaged the services of Attorney's Diversified Services to serve the Summons, Complaint, and all related documents on Defendant.

As set forth in the accompanying Declaration of Sidney J. Cohen and its enclosure, Attorney's Diversified Services has diligently, but unsuccessfully, attempted service at the current business address for defendant and its Agent for Service, Ronald Basso.

It has recently been learned that Agent for Service Ronald Basso is a member of the City of Sebastopol Design Review Board, which meets on the 1st and 3rd Wednesday of each month at 4:00 p.m. at City Hall, 7120 Bodega

1  Avenue, Sebastopol, California. Thus, meetings presently are scheduled for
2  September 2 and September 16, 2009.
3       Based on this Motion and the accompanying Declaration of Sidney
4  J. Cohen, Plaintiff requests that the Court extend the time for service of the
5  Summons, Complaint, and all related documents from August 31, 2009 to
6  September 30, 2009 to afford Plaintiff the opportunity to serve Defendant with
7  the Summons, Complaint, and all related documents.
8  Date: 8/31/09                SIDNEY J. COHEN
                                 PROFESSIONAL CORPORATION
9
                                 By /s/ Sidney J. Cohen
10                               _____
                                 Sidney J. Cohen
11                               Attorney for Plaintiff Hollynn Delil

12                           **ORDER**

13       For good cause shown, Plaintiff's Motion is granted. The time for
14  service of the Summons, Complaint, and all related documents is extended from
15  August 31, 2009 to September 30, 2009.
16       It is so ordered.
17  Date:   September 1, 2009
                                 _____
18                               Jeffrey S. White
                                 United States District Judge

Motion And [~~Proposed~~] Order For Administrative Relief    -2-