SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682
Facsimile: (510) 893-9450

Attorneys for Plaintiff
HOLLYNN DELIL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>    Plaintiff,<br><br>v.<br><br>MARIG0LD, LLC; and DOES 1-25, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. C 09-02934 JSW<br><u>Civil Rights</u><br><br>**MOTION, STIPULATION, AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE**<br><br>Pursuant to Paragraph 7 of General Order 56, And Local Civil Rule 7-11 |

**MOTION AND STIPULATION**

Plaintiff and Defendant, by and through their attorneys of record, file this "MOTION, STIPULATION, AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF FOR CASE MANAGEMENT CONFERENCE," and stipulate as follows:

    1. Plaintiff brought this action against defendant alleging violations of Title III of the Americans With Disabilities Act and related state statutes and regulations. Accordingly, this case is governed by the procedures of General Order 56.

    2. The parties have complied with the requirements of paragraphs 1 through 6 of General Order 56.

    3. On February 10, 2010, the parties held a mediation conducted by ADR appointed mediator Kerry M. Gough.

MOTION, STIPULATION, AND [PROPOSED]
ORDER FOR ADMINISTRATIVE RELIEF
FOR CASE MANAGEMENT CONFERENCE     -1-

4. The case did not settle, and on February 17, 2010 Mr. Gough e filed his "Certification of ADR Session" reporting that the mediation process is concluded. (see Docket No. 12)

5. Because the case has not resolved at mediation, Plaintiff and Defendant file this Motion For Administrative Relief requesting a Case Management Conference pursuant to the requirement of paragraph 7 of General Order 56 and request that the court schedule a Case Management Conference.

It is so Stipulated:

Date: 2/19/10

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Date: 2/19/10

AARON & WILSON LLP

Robert S. Aaron

Robert S. Aaron
Attorney for Defendant Marigold LLC

## ORDER

Having considered the parties' Motion and Stipulation, and for good cause shown, the court sets a case management conference for 1:30 P.M. on Friday, April 2, 2010. The parties shall e file a joint case management statement by no later than March 26, 2010.

**IT IS SO ORDERED.**

**Date:** February 23, 2010

Jeffrey S. White
United States District Judge

MOTION, STIPULATION, AND [PROPOSED]
ORDER FOR ADMINISTRATIVE RELIEF
FOR CASE MANAGEMENT CONFERENCE               -2-