IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLYNN DELIL,

    Plaintiff,

v.

MARIGOLD, LLC, and DOES 1-25, inclusive,

    Defendants.

No. C 09-02934 JSW

**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) ORDERING FURTHER MEDIATION**

Upon the parties' request in their joint case management statement, the Court HEREBY VACATES the case management conference scheduled for April 2, 2010. The Court FURTHER ORDERS, pursuant to the parties' request, that the parties conduct a further mediation with Kerry Gough, the court appointed mediator, by no later than May 7, 2010. The parties shall submit a joint status report within one week after the mediation and request a settlement conference with a magistrate judge if the mediation does not successfully resolve this case.

**IT IS SO ORDERED.**

Dated: March 30, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE