IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOLLYNN DELIL,

       Plaintiff,

   v.

MARIGOLD, LLC, and DOES 1-25, inclusive,

       Defendants.
_____/

No. C 09-02934 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT CONFERENCE**

     Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to Magistrate Judge Joseph C. Spero to conduct a settlement conference.  The settlement conference shall be conducted on August 11, 2010 at 9:30 a.m.

     **IT IS SO ORDERED.**

Dated: May 5, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom

United States District Court

For the Northern District of California