```
1  SIDNEY J. COHEN, ESQ., State Bar No. 39023
   SIDNEY J. COHEN PROFESSIONAL CORPORATION
2  427 Grand Avenue
   Oakland, CA 94610
3  Telephone: (510) 893-6682
   Facsimile:    (510) 893-9450
4
   Attorneys for Plaintiff
5  HOLLYNN DELIL
```

6  UNITED STATES DISTRICT COURT

7  NORTHERN DISTRICT OF CALIFORNIA

8  HOLLYNN DELIL                          CASE NO. C 09-02934 JSW
                                          <u>Civil Rights</u>
9        Plaintiff,
   v.
10
   MARIGOLD LLC; and DOES 1-25,           **STIPULATION AND ORDER**
11 Inclusive,                             **FOR DISMISSAL**

12        Defendants.                     FRCP 41
   _____/

13     Plaintiff Hollyn Delil and defendant Marigold LLC, by and through their attorneys of

14 record, file this Stipulation and Order of Dismissal under Federal Rule of Civil Procedure 41.

15     Plaintiff filed this lawsuit on June 30, 2009.

16     Plaintiff and defendant have entered into a " Release And Settlement Agreement"

17 which settles all aspects of the lawsuit against defendant. The "Release And Settlement

18 Agreement states in part that "The court shall retain jurisdiction to enforce this

19 Settlement Agreement,and this Settlement Agreement shall either be an exhibit to the dismissal

20 of the action or incorporated by reference in the dismissal as if set forth in full.The " Release

21 And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff

22 and defendant stipulate to the court retaining jurisdiction to enforce the "Release And

23 Settlement Agreement."

24     Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

25     Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

26     This case is not a class action, and no receiver has been appointed.

27     This Stipulation and Order may be signed in counterparts, and facsimile or

28 electronically transmitted signatures shall be as valid and binding as original signatures.

Stipulation And Order Of Dismissal                -1-

1  Wherefore, plaintiff and defendant, by and through their attorneys of record, so
2  stipulate.
3  Date: 9/17/10                                    SIDNEY J. COHEN
                                                    PROFESSIONAL CORPORATION

    /s/ Sidney J. Cohen

    _____
    Sidney J. Cohen
    Attorney for Plaintiff Hollyn Delil

    Date:                                           AARON & WILSON LLP

    /s/ Robert S. Aaron

    _____
    Robert S. Aaron
    Attorney for Defendant Marigold LLC

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The lawsuit against defendant is dismissed with prejudice. ~~The Court shall retain jurisdiction to enforce the parties' "Release And Settlement Agreement."~~

Date:  September 21, 2010

*/s/ Jeffrey S. White*
Jeffrey S. White
United States District Judge

Stipulation And Order Of Dismissal            -2-